**Appeal Reinstated; Order filed December 3, 2013.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-09-00364-CV

———————

## GERARD STEPHAN LAZZARA, JR., Appellant

### V.

## JOYCE ANN LAZZARA, Appellee

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2007-14931**

## O R D E R

This is an appeal from an order appointing a receiver signed April 3, 2009, in a post-divorce enforcement action. On May 21, 2009, this court abated this appeal because appellant had petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-33361. *See* Tex. R. App. P. 8.2.

The court has periodically checked on the status of the bankruptcy case through the Public Access to Court Electronic Records (PACER) system.

According to PACER, the bankruptcy estate in cause number 09-33361 has been administered and the bankruptcy trustee was discharged in 2012.

On September 13, 2012, this court issued an order requesting the parties to file a response advising the court of the status of the pending bankruptcy case. On September 21, 2012, appellant's counsel filed a notice stating that, at that time, the estate continued to be managed by the court's designee. On October 5, 2012, appellant's counsel filed a supplemental response explaining that a second bankruptcy case was pending in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-33345, which encompassed the bankruptcy cases of both appellant, Gerard Stephan Lazzara, and RR Valve, Inc. According to appellant's counsel, at that time, the bankruptcy estate and the properties subject to this appeal were under the control of the court-appointed trustee, Douglas J. Brinkley. Therefore, on October 22, 2012, this court issued an order continuing the abatement of this appeal.

On November 5, 2013, appellant's counsel filed a supplemental response stating that the second bankruptcy case has been closed. Counsel attached a copy of the bankruptcy court's October 1, 2013, order closing the estates in cause number 09-33345 and the jointly administered case filed under cause number 09-33377. Accordingly, we issue the following order:

We order the appeal **REINSTATED.** *See* Tex. R. App. P. 8.3. Appellant's brief is due on or before **December 27, 2013.**

PER CURIAM

2